**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE DOE 1 & JANE DOE 2,**

**Plaintiffs,**

**v.** **Case No.: 6:26-cv-02402-GAP-DCI**

**MATTHEW LOUIS GAETZ II, JOEL MICAH GREENBERG, CHRISTOPHER DORWORTH, GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A.,**

**Defendants,**

**_______________________________/**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert Alex Andrade hereby enters his appearance as counsel of record for Defendant, Christopher Dorworth, and requests that all further pleadings and papers filed in this action be served on the undersigned.

*/s/ Robert Alex Andrade*
Robert Alex Andrade
Florida Bar No. 111337
aandrade@mhw-law.com
hmalone@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541
*Counsel for Defendant, Christopher Dorworth*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 19th day of October, 2026, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/s/ Robert Alex Andrade*
Robert Alex Andrade