**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANE DOE 1 and JANE DOE 2,

Plaintiffs,

Case No. 6:26-cv-02402-GAP-DCI

v.

MATTHEW LOUIS GAETZ II,
JOEL MICAH GREENBERG,
CHRISTOPHER DORWORTH,
GREENBERG DENTAL ASSOCIATES,
LLC, GREENBERG DENTAL &
ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY
GROUP, LLC, and AWG, INC.,

Defendants.

**NOTICE OF APPEARANCE OF CO-COUNSEL FOR GREENBERG DENTAL DEFENDANTS**

Pursuant to Local Rule 2.02(a), KAITLYN P. CHOMIN, of the law firm of Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., hereby gives her notice of appearance as co-counsel for Defendants, GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., and GREENBERG DENTAL SPECIALTY GROUP, LLC (hereinafter "Greenberg Dental Defendants"). The primary and secondary electronic mail addresses for Ms. Chomin are: kchomin@deanmead.com; acandelario@deanmead.com.

Respectfully submitted,

*/s/ Kaitlyn P. Chomin*
Kaitlyn P. Chomin, Esq.
Florida Bar No. 1026114

DEAN, MEAD, EGERTON, BLOODWORTH
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Telephone: 407-841-1200
Facsimile: 407-423-1831
Email: kchomin@deanmead.com
Email: acandelario@deanmead.com
Attorneys for *Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Kaitlyn P. Chomin*
Kaitlyn P. Chomin, Esq.