**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANE DOE 1 & JANE DOE 2,

**Case No.: 6:26-CV-02402-GAP-DCI**

*Plaintiffs,*

v.

MATTHEW LOUIS GAETZ II;
JOEL MICAH GREENBERG;
CHRISTOPHER DORWORTH;
GREENBERG DENTAL ASSOCIATES, LLC; GREENBERG DENTAL & ORTHODONTICS, P.A.; GREENBERG DENTAL SPECIALTY GROUP, LLC; and AWG, INC.,

*Defendants.*
_________________________________________/

**NOTICE OF APPEARANCE FOR DEFENDANT, AWG, INC.**

Jason A. Perkins and Matthew E. Lewis of CARLTON FIELDS, P.A., hereby enters their appearance as counsel for AWG, Inc. The undersigned counsel respectfully requests that copies of all future notices, pleadings, papers, and order served or filed in this action be served upon at the email addresses designed below:

**Jason A. Perkins, Esq.**
JPerkins@carltonfields.com (primary)
LDiFilippo@carltonfields.com (secondary)

**Matthew E. Lewis, Esq.**
MLewis@carltonfields.com (primary)
LDiFilippo@carltonfields.com (secondary)

**DATED**: November 4, 2026

Respectfully submitted,

*/s/ Jason A. Perkins*

Jason A. Perkins, Esq.
Florida Bar No. 0610852
Matthew E. Lewis, Esq.
Florida Bar No. 92834
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, FL 32801-3456
Tel: 407-849-0300
Fax: 407-648-9099
JPerkins@carltonfields.com
MLewis@carltonfields.com
LDiFilippo@carltonfields.com

***Attorneys for AWG, Inc.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 4, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to All Counsel of Record.

*/s/ Jason A. Perkins*
Attorney