UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE 1, JANE DOE 2,

Plaintiffs,

v. Case No.: 6:26-cv-02402-GAP-DCI

MATTHEW LOUIS GAETZ II, JOEL MICAH GREENBERG, CHRISTOPHER DORWORTH, GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., AWG, INC., GREENBERG DENTAL SPECIALTY GROUP, LLC,

Defendants,
_________________________________/

**ORDER DIRECTING COMPLIANCE**

This case is before the Court upon periodic review. Plaintiffs have failed to comply with the Court's Initial Case Order (Doc. No. 13) of October 15, 2026, directing Plaintiffs to file their Notice of Pendency of Other Actions and Disclosure Statement within 14 days. Accordingly, it is

**ORDERED** that the Plaintiffs shall file a response to said Order **within fourteen (14) days** from the date of this Order. Failure to comply with this Order may result in the dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** at Orlando, Florida, this November 5, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party