**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Jane Doe 1 and Jane Doe 2**

**Plaintiff,**

**v.** **Case No: 6:26-cv-2402-GAP-DCI**

**Matthew Louis Gaetz II, Joel Micah Greenberg, Christopher Dorworth, Greenberg Dental Associates, LLC, Grenberg Dental & Orthodontics, P.A., AWG, Inc., Greenberg Dental Specialty Group, LLC,**

**Defendant.**

___________________________________

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07, I certify that the instant action:

X IS related to pending or closed civil or criminal cases previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Dorworth v. Greenberg, No. 6:23-cv-871-CEM-DCI, 2023 U.S. Dist. LEXIS 150384 (M.D. Fla.)

United States v. Greenberg, No. 6:20-cr-97-Orl-31LRH, 2020 U.S. Dist. LEXIS 166341 (M.D. Fla.)

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: November 5, 2026

*/s/ Spencer T. Kuvin, Esq.*
Spencer Kuvin, Esq.
Florida Bar No.: 89737
Paul W. McBride, Esq.
Florida Bar No.: 1003056
Lukas Manolis, Esq.
Florida Bar No.: 1080065
Counsel for Plaintiffs
Janedoe12222048@goldlaw.filevine.com
Skuvin@goldlaw.com
snewall@goldlaw.com
aattick@goldlaw.com

*/s/ Joel Leppard, Esq.*
Joel Leppard, Esq.
Florida Bar No.:86081
Primary Email: joel@leppardlaw.com