**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANE DOE 1 and JANE DOE 2,

Plaintiffs,

v.

Case No. 6:26-cv-02402-GAP-DCI

MATTHEW LOUIS GAETZ II,
JOEL MICAH GREENBERG,
CHRISTOPHER DORWORTH,
GREENBERG DENTAL ASSOCIATES,
LLC, GREENBERG DENTAL &
ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY
GROUP, LLC, and AWG, INC.,

Defendants.

**GREENBERG DENTAL DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC (collectively, "Greenberg Dental"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully move this Court for an enlargement of time, through and including December 21, 2026, to respond to Plaintiffs' Complaint. In support, Greenberg Defendants state as follows:

1. Plaintiffs filed a Complaint against the Greenberg Defendants on October 15, 2026.

2. Defendants Greenberg Dental Associates, LLC and Greenberg Dental & Orthodontics, P.A., were served with the Complaint on or about October 20, 2026.

3. The current deadline for Defendants Greenberg Dental Associates, LLC and Greenberg Dental & Orthodontics, P.A., to respond to the Complaint is today, November 10, 2026.

4. On October 21, 2026, simultaneously, the undersigned counsel filed on behalf of the third Defendant, Greenberg Dental Specialty Group, LLC, a Waiver of the Service of Summons (Doc #20). Greenberg Dental Specialty's deadline to respond to the Complaint is December 21, 2026.

5. Greenberg Defendants respectfully request an enlargement of time through December 21, 2026, to allow undersigned counsel to file one, unified response to the Complaint on behalf of all three Greenberg Defendants.

6. The requested enlargement will allow Greenberg Defendants and their counsel to adequately review the allegations, evaluate the claims asserted, and determine the appropriate responses and defenses, including whether to file a responsive pleading or an appropriate motion under Federal Rule of Civil Procedure 12.

7. Granting this request will promote judicial efficiency, avoid unnecessary or duplicative filings, and allow all Greenberg Defendants represented by undersigned counsel to address the Complaint within the same timeframe.

8. This request is made in good faith and not for purposes of delay. Greenberg Defendants do not anticipate that the requested enlargement will prejudice Plaintiffs or adversely affect the progress of this litigation.

9. This Motion is being filed before the expiration of the current response deadline. Accordingly, an enlargement is appropriate under Federal Rule of Civil Procedure 6(b)(1)(A), which authorizes the Court, for good cause, to extend a deadline upon a request made before the original deadline expires.

10. Plaintiffs do not oppose the enlargement of time requested in this Motion.

**WHEREFORE**, Greenberg Defendants respectfully request that this Court enter an Order granting their Motion and extending the deadline for all three Defendants to respond to Plaintiffs' Complaint through and including **December 21, 2026**, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Michael J. Furbush*
Michael J. Furbush, Esq.
Florida Bar No. 70009
Kaitlyn P. Chomin, Esq.
Florida Bar No. 1026114
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Telephone: 407-841-1200
Email: mfurbush@deanmead.com
Email: kchomin@deanmead.com
Email: acandelario@deanmead.com
***Attorneys for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC***

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for the Greenberg Defendants hereby certifies that, pursuant to Local Rule 3.01(g), counsel conferred with counsel for Plaintiffs by telephone regarding the relief requested in this Motion on November 10, 2026, and Plaintiffs do not oppose the relief sought.

/s/ *Michael J. Furbush*
Michael J. Furbush, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Michael J. Furbush*
Michael J. Furbush, Esq.