**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANE DOE 1 and JANE DOE 2,

Case No. 6:26-cv-02402-GAP-DCI

Plaintiffs,

v.

MATTHEW LOUIS GAETZ II;
JOEL MICAH GREENBERG;
CHRISTOPHER DORWORTH;
GREENBERG DENTAL ASSOCIATES, LLC; GREENBERG DENTAL & ORTHODONTICS, P.A.; AWG, INC.; and GREENBERG DENTAL SPECIALTY GROUP, LLC,

Defendants.
_______________________________________/

**NOTICE OF APPEARANCE OF LEAD COUNSEL**
**FOR DEFENDANT MATTHEW LOUIS GAETZ II**

Please take notice that Jeffrey A. Neiman, Esq., of the law firm Neiman Mays Floch & Almeida, PLLC, hereby enters his appearance as lead counsel for Defendant Matthew Louis Gaetz II and requests that copies of all future pleadings, orders, and other papers be provided to him at the following email addresses:

| | |
|---|---|
| Primary Email: | jneiman@nmfalawfirm.com |
| Secondary Emails: | rrivas@nmfalawfirm.com |
| | eservice@nmfalawfirm.com |

November 16, 2026

Respectfully submitted,

**By: /s/ Jeffrey A. Neiman**

**NEIMAN MAYS FLOCH & ALMEIDA, PLLC**

Jeffrey A. Neiman, Esq.
Florida Bar No. 544469
jneiman@nmfalawfirm.com

550 S. Andrews Avenue, Suite 720,
Ft. Lauderdale, FL 33301
Telephone: (954) 462-1200

*Counsel for Defendant Matthew Louis Gaetz II*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

*/s/ Jeffrey A. Neiman*
Jeffrey A. Neiman