**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANE DOE 1 and JANE DOE 2,

Case No. 6:26-cv-02402-GAP-DCI

Plaintiffs,

v.

MATTHEW LOUIS GAETZ II;
JOEL MICAH GREENBERG;
CHRISTOPHER DORWORTH;
GREENBERG DENTAL ASSOCIATES, LLC; GREENBERG DENTAL & ORTHODONTICS, P.A.; AWG, INC.; and GREENBERG DENTAL SPECIALTY GROUP, LLC,

Defendants.
_______________________________________/

**DEFENDANT MATTHEW LOUIS GAETZ II'S DISCLOSURE STATEMENT UNDER FED. R. CIV. P. RULE 7.1 AND L.R. 3.03**

**Recusal Information**

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   Not applicable.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   None.

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   None.

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   Not applicable.

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   None.

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   None.

**Citizenship Information**

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   Matthew Louis Gaetz II is a United States citizen domiciled in the State of Florida.

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

   Not applicable.

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

November 16, 2026

Respectfully submitted,

**By: /s/ Jeffrey A. Neiman**

**NEIMAN MAYS FLOCH & ALMEIDA, PLLC**

Jeffrey A. Neiman, Esq.
Florida Bar No. 544469
jneiman@nmfalawfirm.com

550 S. Andrews Avenue, Suite 720,
Ft. Lauderdale, FL 33301
Telephone: (954) 462-1200

*Counsel for Defendant Matthew Louis Gaetz II*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

*/s/ Jeffrey A. Neiman*
Jeffrey A. Neiman