**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANE DOE 1 and JANE DOE 2,

Case No. 6:26-cv-02402-GAP-DCI

Plaintiffs,

v.

MATTHEW LOUIS GAETZ II;
JOEL MICAH GREENBERG;
CHRISTOPHER DORWORTH;
GREENBERG DENTAL ASSOCIATES, LLC; GREENBERG DENTAL & ORTHODONTICS, P.A.; AWG, INC.; and GREENBERG DENTAL SPECIALTY GROUP, LLC,

Defendants.
_______________________________________/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

_X_ IS related to pending or closed civil or criminal cases previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Dorworth v. Greenberg, No. 6:23-cv-871-CEM-DCI (M.D. Fla.)

United States v. Greenberg, No. 6:20-cr-97-GAP-LRH (M.D. Fla.)

____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

November 16, 2026

Respectfully submitted,

**By: /s/ Jeffrey A. Neiman**

**NEIMAN MAYS FLOCH & ALMEIDA, PLLC**

Jeffrey A. Neiman, Esq.
Florida Bar No. 544469
jneiman@nmfalawfirm.com

550 S. Andrews Avenue, Suite 720,
Ft. Lauderdale, FL 33301
Telephone: (954) 462-1200

*Counsel for Defendant Matthew Louis Gaetz II*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

*/s/ Jeffrey A. Neiman*
Jeffrey A. Neiman