**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANE DOE 1 and JANE DOE 2,

Case No. 6:26-cv-02402-GAP-DCI

Plaintiffs,

v.

MATTHEW LOUIS GAETZ II;
JOEL MICAH GREENBERG;
CHRISTOPHER DORWORTH;
GREENBERG DENTAL ASSOCIATES, LLC; GREENBERG DENTAL & ORTHODONTICS, P.A.; AWG, INC.; and GREENBERG DENTAL SPECIALTY GROUP, LLC,

Defendants.
_______________________________________/

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR DEFENDANT MATTHEW LOUIS GAETZ II**

Please take notice that Christopher D. Joyce, Esq., of the law firm Neiman Mays Floch & Almeida, PLLC, hereby enters his appearance as co-counsel for Defendant Matthew Louis Gaetz II and requests that copies of all future pleadings, orders, and other papers be provided to him at the following email addresses:

Primary Email: cjoyce@nmfalawfirm.com
Secondary Emails: rrivas@nmfalawfirm.com
eservice@nmfalawfirm.com

November 16, 2026

Respectfully submitted,

**By: _/s/ Christopher D. Joyce_**

**NEIMAN MAYS FLOCH & ALMEIDA, PLLC**

Christopher D. Joyce, Esq.
Florida Bar No. 1020006
cjoyce@nmfalawfirm.com

550 S. Andrews Avenue, Suite 720,
Ft. Lauderdale, FL 33301
Telephone: (305) 676-5967

*Counsel for Defendant Matthew Louis Gaetz II*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

*/s/ Christopher D. Joyce*
Christopher D. Joyce