**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANE DOE 1 and JANE DOE 2,

*Plaintiffs*,

v.

Case No. 6:26-cv-02402-GAP-DCI

MATTHEW LOUIS GAETZ II, JOEL MICAH GREENBERG, CHRISTOPHER DORWORTH, GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, AND AWG, INC.,

*Defendants*.
_______________________________________/

**DEFENDANT CHRISTOPHER DORWORTH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' JOINT MOTION TO PROCEED ANONYMOUSLY**

Defendant Christopher Dorworth ("Dorworth"), through undersigned counsel and under Federal Rule of Civil Procedure 6(b)(1)(B), moves for an extension of time, through and including November 25, 2026, to file his opposition to Plaintiffs Jane Doe 1 and Jane Doe 2's Joint Motion to Proceed Anonymously to Protect Their Identities as Victims of Sex Crimes (ECF No. 2) (the "Motion"). Plaintiffs consent to the relief requested. In support, Dorworth states:

## BACKGROUND

1. Plaintiffs filed the Motion on October 15, 2026. ECF No. 2. The Motion was filed before Dorworth accepted service of process and was never separately served upon Dorworth.

2. Dorworth accepted service of process by waiver of the service of summons filed October 16, 2026. ECF No. 15. Dorworth's answer or Rule 12 motion is due within 60 days from October 16, 2026.

3. Under Local Rule 3.01(d), a party may respond to a motion within fourteen days after service of the motion, and a motion that receives no timely response is subject to treatment as unopposed. Because the Motion was filed before Dorworth was served, the time to respond to it began running before Dorworth had appeared. That deadline has now passed, and Dorworth has not yet filed an opposition.

4. On November 17, 2026, after conferring with undersigned counsel via electronic mail, Plaintiffs' counsel consented to Dorworth filing an opposition to the Motion after the deadline, and agreed to allow Dorworth until November 25, 2026, to do so.

5. Also on November 17, 2026, the parties held their Rule 26(f) conference, to determine acceptable trial dates, discovery deadlines, and case management preferences.

6. Undersigned counsel is working to respond to the Complaint and coordinating with various parties to determine outstanding issues related to discovery and confidentiality of records developed within related cases.

7. More specifically, the parties associated with related case, *Dorworth v. Greenberg*, No. 6:23-cv-871-CEM-DCI (M.D. Fla.)(the "related case"), have not yet conferred to resolve outstanding questions related to a confidentiality agreement that governed discovery amongst the parties in that case.

8. Dorworth cannot fully brief his opposition to the Motion (ECF No. 2) until the parties have had an opportunity to relay their various positions regarding certain documents and portions of documents that multiple parties in this matter had designated as confidential during discovery in the related case.

9. All parties other than Plaintiffs and Matthew Gaetz were parties in the related case. Mr. Gaetz is not a signatory to the subject confidentiality agreement and upon information and belief, only one of the two Plaintiffs is a signatory to the confidentiality agreement.

10. Undersigned counsel contacted all prior counsel of record in the related case to confer on the confidentiality agreement associated with the related case on October 19, 2026.

11. At that time, it was still unclear whether the counsel who represented defendants in the related case would be retained by the various defendants to

represent them in the present case, and the parties have not had a meaningful opportunity to confer.

12. Undersigned counsel conferred with counsel for co-defendant, Joel Greenberg, via telephone on November 17, 2026, and anticipates that the outstanding questions regarding the admissibility and permitted uses of certain documents within the developed record and discovery record from the related case will be resolved with sufficient time for Dorworth to adequately brief his opposition to the Motion by November 25.

13. Dorworth's request is made in good faith and not for purposes of delay. Granting this request will promote judicial efficiency and avoid unnecessary and duplicative filings.

14. Plaintiffs will suffer no prejudice. Their counsel has consented to Dorworth's request to file his opposition to the Motion by November 25, 2026.

15. The requested extension does not alter any other deadline and is prior to the deadline for any defendant to file a response to Plaintiffs' Complaint. ECF No. 1.

16. Allowing Dorworth's opposition will not disrupt the schedule of this case and will allow the Court to decide the Motion on full briefing from the affected parties.

17. Undersigned counsel mistakenly entered the same December 15 deadline for both the response to Plaintiffs' Complaint (ECF No. 1) and Plaintiffs' Motion (ECF No. 2).

18. Undersigned counsel discovered the deadline was entered in error on November 17, and immediately conferred with counsel for Plaintiffs to obtain their consent for the requested relief.

## CONCLUSION

Dorworth respectfully requests that the Court grant this motion and extend through and including November 25, 2026, his deadline to file an opposition to Plaintiffs' Joint Motion to Proceed Anonymously (Doc. 2).

## LOCAL RULE 3.01(g) CERTIFICATE

Undersigned counsel certifies that on November 17, 2026, counsel for Dorworth conferred with counsel for Plaintiffs, Spencer T. Kuvin, Esq., about the relief requested in this motion. Plaintiffs agree to the resolution of the motion: Plaintiffs consent to Dorworth filing his opposition to the Motion on or before November 25, 2026.

Dated: November 18, 2026

Respectfully submitted,

*/s/ Robert Alex Andrade*
Robert Alex Andrade
Florida Bar No. 111337
aandrade@mhw-law.com
hmalone@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.

350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541
*Counsel for Defendant, Christopher Dorworth*

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**/s/ R. Alex Andrade**
R. Alex Andrade